NUMBER 13-05-00297-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


CHRISTOPHER LEE MORRIS, Appellant,


v.
 


NICOLE LINEA MORRIS, Appellee.

 



On appeal from the County Court at Law No. 2 

of Hidalgo County, Texas


 


CONCURRING MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Vela


Concurring Memorandum Opinion by Justice Vela




 I concur in the result reached by the majority, but would have addressed issues one
through three on the merits because I believe error was preserved.

 

 ROSE VELA

 Justice


Concurring Memorandum Opinion delivered and 

filed this 26th day of July, 2007.